## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | |
| | Case No.:  10 B 33378 |
| Christopher M Gelsomino | |
| Jennifer M Gelsomino | Chapter:  13 |
| Debtor(s) | Judge John H. Squires |

### NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
 Christopher M Gelsomino,  Jennifer M Gelsomino  , Debtor(s),  818 S. York Road,  Elmhurst,  IL 60126
 Richard S. Bass, Attorney for Debtor(s),  2021 Midwest Road, Oakbrook, IL 60521

 You are hereby notified that GMAC MORTGAGE, LLC has made post-petition advances of $50.00     in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

 You are hereby notified that debtor(s) is (are) due to GMAC MORTGAGE, LLC for the contractual mortgage payment due 12/01/2010.  As of the 01/18/2011 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/2010 through 01/01/2011 post-petition mortgage payments, with the 02/01/2011 coming due.  The current mortgage payment amount due each month is $3,362.35.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

 Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/12/2011, GMAC MORTGAGE, LLC's rights to collect these amounts will remain unaffected.

### PROOF OF SERVICE

 The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 10, 2011.

   /s/ Maria Georgopoulos
 Attorney for Creditor

 Berton J. Maley ARDC#6209399
 Gloria C. Tsotsos ARDC# 6274279
 Jose G. Moreno ARDC#6229900
 Rachael A. Stokas ARDC#6276349
 Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490

Maria A. Georgopoulos ARDC#6281450

Cari A. Kauffman ARDC#6301778

**Codilis & Associates, P.C.**

15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527

(630) 794-5300

**C&A FILE ( 14-10-27512)**

NOTE: This law firm is deemed to be a debt collector.